**IVEN LEE CALDWELL,**

    Petitioner,

  -vs-              Case No. 15-C-293

**BYRAN BARTOW,**
Director, Wisconsin Resource Center,

    Respondent.

# DECISION AND ORDER

Pro se Petitioner Iven Lee Caldwell ("Caldwell"), who has been assisted in this action for relief pursuant to 28 U.S.C. §2254 by another inmate, has accepted this Court's offer to attempt to recruit counsel to represent him in this matter. Based on the slow progress of this case and Caldwell's alleged impairments, it is in the interest of justice to recruit counsel for him and the Federal Defender's Office is asked to attempt to recruit counsel under 18 U.S.C. § 3006A(a)(2)(B) to represent Caldwell.

The Clerk of Court is directed to send a copy of this Decision and Order to Federal Defender Services for the Eastern District of Wisconsin so that it may recruit counsel to represent Caldwell. Court-appointed counsel will contact Caldwell. At this juncture, there is November 2, 2015, deadline for the filing of an amended § 2254 petition and exhibits.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Clerk of Court is directed to send a copy of this Decision and Order to Federal Defender Services for the Eastern District of Wisconsin so that it may recruit counsel to represent Caldwell.

The Clerk of Court is directed to send a courtesy copy of this Decision and Order to inmate Benjamin Biese.

Dated at Milwaukee, Wisconsin, this 29th day of September, 2015.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**