# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**IVEN LEE CALDWELL,**

   Petitioner,

  -vs-               **Case No. 15-C-293**

**BYRAN BARTOW,**
Director, Wisconsin Resource Center,

   Respondent.

# ORDER

Court-appointed counsel Ellen Henak moves to withdraw as counsel due to a newly discovered conflict of interest, for recruitment of another attorney to represent Petitioner Iven Lee Caldwell, and for an extension of the current deadline for new counsel to file Caldwell's amended petition. (ECF Nos. 42, 44.) Caldwell concurs with Henak's motion to withdraw. These motions are granted.

The Federal Defender's Office is asked to attempt to recruit new counsel under 18 U.S.C. § 3006A(a)(2)(B) to represent Caldwell. The Clerk of Court is directed to send a copy of this Order to Federal Defender Services for the Eastern District of Wisconsin so that it may recruit counsel to represent Caldwell.

Court-appointed counsel will contact Caldwell. The deadline for

filing Caldwell's amended § 2254 petition and exhibits is extended to March 15, 2016.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The motion to withdraw as counsel (ECF No. 42) is **GRANTED**;

Caldwell's motion for recruitment of counsel and to extend time for file an amended petition (ECF No. 44) is **GRANTED**;

Caldwell's amended § 2254 petition and exhibits **MUST BE FILED no later than March 15, 2016**.

The Clerk of Court is directed to send a copy of this Decision and Order to Federal Defender Services for the Eastern District of Wisconsin so that it may recruit new counsel to represent Caldwell.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2016.

                            **BY THE COURT:**

                            s/ Charles N. Clevert, Jr.
                            for **HON. RUDOLPH T. RANDA**
                            **U.S. District Judge**